UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT 20 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:22-CR-127-GFVT

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**COY LEE BEST**     **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **COY LEE BEST**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _/s/ Will Moynahan_
William P. Moynahan
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4846
william.moynahan2@usdoj.gov