Eastern District of Kentucky
**FILED**

OCT 20 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL ACTION NO. 5:22-cr-127-GFVT

**UNITED STATES OF AMERICA**             **PLAINTIFF**

V.       **MOTION OF UNITED STATES FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

**COY LEE BEST**             **DEFENDANT**

\* \* \* \* \*

The Defendant, **COY LEE BEST**, is now confined at the Blount County Adult Detention Facility, in Maryville, Tennessee, awaiting trial for a violation of Tennessee law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **BEST** to the United States Marshal so that **BEST** may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Will Moynahan
William P. Moynahan
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4846
william.moynahan2@usdoj.gov